IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEEGAN TAIT ROLL,<br><br>Defendant. | CR 23-40-BLG-SPW-4<br><br>ORDER |

Defendant, Keegan Tait Roll appeared before the Court on September 20, 2023 for a change of plea hearing.   For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the change of plea hearing is **VACATED** and **RESET** for **Wednesday, October 25, 2023 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.   The time between August 29, 2023 and October 25, 2023 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of September, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE