IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEEGAN TAIT ROLL,<br><br>Defendant. | CR 23-40-BLG-SPW-4<br><br>ORDER |

For the reasons stated on the record on February 29, 2024,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, February 29, 2024 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, March 7, 2024 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 29th day of February, 2024.

SUSAN P. WATTERS
United States District Judge

1